FILED

01/16/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0180

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0180

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DOUGLAS BAERTSCH,

Defendant and Appellant.

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until February 18, 2025, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 16 2025